IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| PINNACLE HILL COURT TRUST,<br>Appellant,<br>vs.<br>BANK OF AMERICA, N.A., F/K/A BAC<br>HOME LOANS SERVICING, LP, F/K/A<br>COUNTRYWIDE HOME LOANS, INC.,<br>Respondent. | No. 75368<br><br>**FILED**<br><br>DEC 2 4 2018<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Douglas Smith, District Judge
Lansford W. Levitt, Settlement Judge
Kerry P. Faughnan
Akerman LLP/Las Vegas
Eighth District Court Clerk

18-910174